**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLIFTON DAVID SIMS <br> c/o Mark S. Zaid, P.C. <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br> <br>     Plaintiff, <br> v. <br> <br> DONALD J. TRUMP <br> in his official capacity, <br> The White House <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500 <br> <br>   and <br> <br> UNITED STATES OF AMERICA <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br> <br>     Defendants. | Civil Action 19-_____ |

* * * * * * * * * * * *

**EX-PARTE MOTION FOR LEAVE TO FILE COMPLAINT**
**USING COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1 (e)**

NOW COMES plaintiff Clifton David Sims, by and through his undersigned counsel, to hereby respectfully seek leave of this Court to file his Complaint against the above listed Government defendant using her counsel's address in violation of LCvR 5.1(e) in order to protect his residential location.

As grounds therefore, the plaintiff relies on the contemporaneously submitted declaration of Mark S. Zaid, Esq., attached at Exhibit "1".

A proposed Order also accompanies this Motion.

2

Date: February 11, 2019

                                                     Respectfully submitted,

                                                         /s/
                                         _____
                                         Mark S. Zaid, Esq.
                                         D.C. Bar #440532
                                         Mark S. Zaid, P.C.
                                         1250 Connecticut Avenue, N.W.
                                         Suite 700
                                         Washington, D.C. 20036
                                         (202) 454-2809
                                         (202) 330-5610 fax
                                         Mark@MarkZaid.com

# EXHIBIT "1"

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON DAVID SIMS <br> c/o Mark S. Zaid, P.C. <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br><br> Plaintiff, <br> v. <br><br> DONALD J. TRUMP <br> in his official capacity, <br> The White House <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500 <br><br> and <br><br> UNITED STATES OF AMERICA <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br><br> Defendants. | Civil Action 19-_____ |

### DECLARATION OF MARK S. ZAID, ESQ.

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration on personal knowledge. This declaration is submitted in support of the Plaintiff's Ex-Parte Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1(e).

2. I am admitted to practice law in the States of New York, Connecticut, Maryland and the District of Columbia, as well as before the D.C. Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New York, Northern District of New York, Southern District of New York and the Court of Claims. I have been litigating cases involving the federal government for over two decades; essentially my entire professional legal career. I

routinely represent individuals associated with or within the intelligence, law enforcement or military communities. Additionally, since 1998, I have also served as the Executive Director of The James Madison Project (*www.jamesmadisonproject.org*), which seeks to educate the public on secrecy and national security issues, and in 2017 I was a Founding Partner of WhistleblowerAid (*www.whistlebloweraid.org*) which provides pro bono legal service to Federal Whistleblowers.

3. This case involves a unprecedented challenge under the First Amendment to the United States Constitution to determine whether a President can silence former Federal employees from disclosing unclassified information learned while in Federal service.

4. The Plaintiff Clifton David Sims ("Mr. Sims") previously worked for Donald J. Trump for President, Inc. as a Communications Advisor from 2016 until Mr. Trump became President. From January 20, 2017, up until May 2018, Mr. Sims was a U.S. Government employee serving as a Special Assistant to the President. He is the recent author of Team of Vipers: My 500 Extraordinary Days in the Trump White House (St. Martin's Press, 2019), which is an exposé of the Trump White House during the time Mr. Sims was employed there.

5. Should Mr. Sim's residential address be revealed he (and his family) could potentially face serious threats, as well as unwanted visitors. Obviously the topic at hand is a very, very politically charged one, and already Mr. Sims has been subject to taunting and frequent online attacks.

6. Through my representation of Intelligence Officers and Analysts and other high-profile political figures, I have sought identical relief to that requested herein on many occasions. To the best of my recollection, this type of request has never been denied.

7. The Defendants, of course, are aware of Mr. Sim's residential address and absolutely no prejudice would be imparted upon it by this request.

3

    I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: February 11, 2019

                                               _____
                                               Mark S. Zaid, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLIFTON DAVID SIMS <br> c/o Mark S. Zaid, P.C. <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br><br> Plaintiff, <br> v. <br><br> DONALD J. TRUMP <br> in his official capacity, <br> The White House <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500 <br><br> and <br><br> UNITED STATES OF AMERICA <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br><br> Defendants. | Civil Action 19-_____ |

**ORDER**

Upon consideration of Plaintiff's Ex-Parte Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1(e), and the entire record herein, it is this _____ day of February 2019, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's Complaint is hereby accepted and deemed filed, and plaintiff may proceed using his counsel's address in all proceedings connected to this action until such time as this Court Orders, or the parties stipulate otherwise.

_____
UNITED STATED DISTRICT JUDGE