AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Clifton David Sims | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-345 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clifton David Sims

Date:     02-11-19

_____
*Attorney's signature*

Bradley P. Moss - 975905
*Printed name and bar number*
Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036

*Address*

brad@markaid.com
*E-mail address*

202-907-7945
*Telephone number*

202-558-4432
*FAX number*