# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON DAVID SIMS, <br>      Plaintiff <br>   v. <br> DONALD J TRUMP, *et al.*, <br>      Defendants | Civil Action No. 19-345 (CKK) |

## ORDER
(February 12, 2019)

In consideration of Plaintiff's Ex-Parte Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1(e), and the entire record herin, it is this 12th day of February 2019, hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is hereby accepted and deemed filed, and Plaintiff may proceed using his counsel's address in all proceedings connected to this action until such time as this Court orders, or the parties stipulate otherwise.

**SO ORDERED.**

                                               /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge