**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLIFTON DAVID SIMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 1:19-cv-345 (CKK) |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Clifton David Sims ("plaintiff") and Defendants Donald J. Trump, in his official capacity as President of the United States, and the United States of America (collectively, "defendants"), respectfully move the Court to modify the April 26, 2019 Minute Order entered by the Court. The request is made in good faith and with good cause, as set forth below:

1. Defendants filed their Motion to Dismiss ("Motion") on April 25, 2019, *see* ECF No. 8. By Minute Order dated April 26, 2019, the Court ordered plaintiff to file a response to defendants' motion by May 24, 2019, and further ordered defendants to file a reply in support of their motion by June 14, 2019.

2. Plaintiff respectfully requests an additional one week to file its response to defendants' motion. In support of this request, plaintiff states as follows: The arguments at issue here present very important, and to some extent novel, constitutional disputes that require additional time to research. Additionally, plaintiff's counsels are engaged with numerous administrative deadlines in a number of cases. Absent some unexpected emergency, it is not anticipated that additional time will be sought beyond this short extension of one week.

2

3. Defendants also respectfully request an additional one week to file their reply in support of defendants' motion. In support of this request, defendants state as follows: Good cause supports defendants' request. The attorney with primary responsibility for representing defendants, Ms. Straus Harris, will be out of the office on religious leave on June 10, 2019, and is scheduled to be in another state from June 11, 2019 to June 14, 2019 for a trial in another matter. Further, Ms. Straus Harris has had and continues to have a number of other pressing litigative responsibilities in June 2019. The requested extension will provide Ms. Straus Harris with adequate time to review and analyze plaintiff's response and confer with defendants to prepare a reply memorandum in support of the Motion that will assist the Court in adjudicating plaintiff's claims and further the interests of justice and judicial economy.

4. This is the first extension of time requested by either party.

5. As no other deadlines have been set in this matter, the requested extension does not impact any deadlines beyond those set in the Court's April 26, 2019 Minute Order.

Wherefore, good cause having been shown, the parties respectfully request that their joint motion to modify the briefing schedule be granted. A proposed order granting the parties' joint motion accompanies this motion.

Dated: May 7, 2019

/s/ Mark S. Zaid
Mark S. Zaid
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

*Attorneys for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director
Civil Division, Federal Programs Branch

/s/ Julie Straus Harris
JULIE STRAUS HARRIS (DC Bar # 1021928)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON DAVID SIMS,<br><br>      Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; and UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. 1:19-cv-345 (CKK) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Modify Briefing Schedule, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that plaintiff shall file his response to Defendants' Motion to Dismiss no later than May 31, 2019, and it is further

**ORDERED** that defendants shall file their reply in support of Defendants' Motion to Dismiss no later than June 28, 2019.


Dated: _____, 2019                      _____
                                                                                Judge Colleen Kollar-Kotelly
                                                                                United Stated District Judge