## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON DAVID SIMS | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 19-cv-00345 (CKK) |
| DONALD J. TRUMP et. al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S RESPONSE TO COURT ORDER DATED JULY 31, 2019

The Plaintiff, by and through his undersigned counsel, hereby respectfully responds to the Court's Order dated July 31, 2019, and indicates he has no opposition to the proposed course of action set forth therein.

Date: August 7, 2019

                                               Respectfully submitted,

                                                     /s/
                                             _____

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
Brad@MarkZaid.com
Mark@MarkZaid.com

*Attorneys for Plaintiff*