# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON DAVID SIMS,<br>　　　　Plaintiff<br>　　v.<br>DONALD J TRUMP, *et al.*,<br>　　　　Defendants | Civil Action No. 19-345 (CKK) |

## ORDER
(December 5, 2019)

　　The Court is in receipt of the parties [21] Joint Stipulation of Dismissal with Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses. As such, the Court ORDERS this case DISMISSED WITH PREJUDICE.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge